UNITED STATES of America, Plaintiff–Appellee,

v.

Ernest PORRAS–CARDOZA, Defendant–Appellant.

No. 00–50693.

D.C. No. CR–00–02482–H.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 13, 2002.

Before RYMER, T.G. NELSON and THOMAS, Circuit Judges.

MEMORANDUM**

Ernest Porras–Cardoza appeals his guilty-plea conviction for importing mari-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

juana, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction under 28 U.S.C. § 1291 and we affirm.

Porras–Cardoza contends that his conviction should be vacated because, in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), § 960 is unconstitutional on its face. This contention is foreclosed by our recent decision in *United States v. Mendoza–Paz,* 286 F.3d 1104, 1109–10 (9th Cir.2002).

Porras–Cardoza also contends that even if the statute is constitutional, § 960 requires proof of the defendant's knowledge of the type and amount of drugs involved in order to sustain a conviction. The contention is foreclosed by our recent decision in *United States v. Carranza,* 289 F.3d 634, 644 (9th Cir.2002).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.